UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER J. ANTONICIC and ANASTASIA ANTONICIC, individually, and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>SELENE FINANCE LP,<br><br>     Defendant. | Case No.: 1:23-cv-5399<br><br>Judge Franklin U. Valderrama<br>Magistrate Judge Keri L. Holleb Hotaling |

**JOINT MOTION FOR BRIEFING SCHEDULE ON MOTION TO REMAND AND TO STAY RESPONSIVE PLEADINGS PENDING RULING ON MOTION TO REMAND**

NOW COMES Defendant Selene Finance LP and Plaintiffs Christopher J. and Anastasia Antonicic, and pursuant to Local Rules 5.3 and 78.1, respectfully request the following:

1. On Friday, August 11, 2023, Defendant removed the present action from state court in the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois, Case No. 2023LA000692. Dkt. 1.

2. On Friday, August 11, 2023, upon removal, Plaintiffs filed a motion to remand the action to state court. Dkt. 6.

3. The parties have been actively discussing potential settlement of the present action.

4. In light of the parties' exploration of a potential settlement, and to avoid unnecessary expense, and in the interest of judicial economy, the parties seek a briefing schedule on Plaintiffs' Motion to Remand to allow Defendant to file its opposition within thirty (30) days,

to and including September 11, 2023, and Plaintiffs' reply brief to be due fourteen (14) days thereafter, to and including September 25, 2023.

5. The parties further seek a stay of Defendant's responsive pleading date until after the Court rules on the Motion to Remand. Specifically, in the event the Motion to Remand is denied, the Parties request that Defendant's responsive pleadings be due within 30 calendar days of the date of the Order denying the Motion to Remand. In the event the Motion to Remand is granted, the Parties will negotiate a deadline and propose the same to the state court.

WHEREFORE, for the reasons stated above, the parties respectfully request an order granting Defendant until September 11, 2023 to respond to Plaintiffs' Motion to Remand, granting Plaintiffs until September 25, 2023 to reply to their Motion to Remand, and staying any deadlines for responsive pleadings until the Court rules on the pending Motion to Remand, and for such other relief as the Court deems just and appropriate.

Date: August 14, 2023

Respectfully submitted,

*/s/ Tammy L. Adkins*
Tammy L. Adkins
Cassandra M. Burns
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 750-5727
Fax: (312) 849-3690
tadkins@mcguirewoods.com
cburns@mcguirewoods.com

*Counsel for Defendant Selene Finance LP*

*/s/ Arthur C. Czaja*
Arthur C. Czaja
LAW OFFICE OF ARTHUR C. CZAJA
7521 North Milwaukee Avenue
Niles, Illinois 60714
847-647-2106

<u>arthur@czajalawoffices.com</u>

*Counsel for Plaintiffs Christopher J. and Anastasia Antonicic*